1  KAREN P. HEWITT
   United States Attorney
2  DAVID D. LESHNER
   Assistant U.S. Attorney
3  California State Bar No. 207815
   Federal Office Building
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 557-7163
   david.leshner@usdoj.gov
6
   Attorneys for Plaintiff
7  United States of America

FILED

2008 JUL 31 PM 12: 30

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

ORIGINAL

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 08MJ1955-POR |
|---|---|
| Plaintiff, | ) |
| | ) UNITED STATES' MOTION TO |
| v. | ) UNSEAL ARREST WARRANT |
| | ) UNSEALED 2/27/09 |
| JESUS NAVARRO-MONTES, | ) ~~FILED UNDER SEAL~~ |
| Defendant. | ) |

COMES NOW, the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney and David D. Leshner, Assistant United States Attorney, and hereby moves to unseal the Arrest Warrant issued under seal on June 26, 2008, for the limited purpose of entering the Arrest Warrant into the National Crime Information Center (NCIC). The Arrest Warrant would then be resealed immediately thereafter. Neither the Arrest Warrant nor information pertaining to the underlying case shall be made available to the general public.

DATED: July 31, 2008.

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

/s/ David D. Leshner
DAVID D. LESHNER
Assistant U.S. Attorney