FILED

2009 MAY -6 PM 2:58

CLERK US ...
SOUTHERN DI... ...

BY_____ DEPUTY

Unsealed on ~~SECRET~~ 5-14-2009

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

June 2008 Grand Jury

| UNITED STATES OF AMERICA, | ) Case No. ___09CR0577-MMA___ |
|---|---|
| Plaintiff, | ) |
|  | ) I N D I C T M E N T |
| v. | ) **(Superseding)** |
|  | ) |
| JESUS NAVARRO-MONTES, | ) Title 21, U.S.C., Secs. 841(a)(1) and 846 - Conspiracy to Distribute Marijuana; Title 21, U.S.C., Sec. 841(a)(1) - Possession of Marijuana with Intent to Distribute; Title 18, U.S.C., Secs. 7(3) and 1111 - Second Degree Murder |
| Defendant. | ) |

The grand jury charges:

Count 1

Beginning at a date unknown to the grand jury and continuing up to and including January 19, 2008, within the Southern District of California and elsewhere, defendant JESUS NAVARRO-MONTES did knowingly and intentionally conspire with other persons known and unknown to the grand jury to distribute 100 kilograms and more of marijuana, a Schedule I controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

//

DDL:em:San Diego
5/5/09

Count 2

On or about September 23, 2007, within the Southern District of California, defendant JESUS NAVARRO-MONTES did knowingly and intentionally possess, with intent to distribute, approximately 445.32 kilograms (979.70 pounds) of marijuana, a Schedule I Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

Count 3

On or about January 19, 2008, within the Southern District of California, in the Imperial Sand Dunes Recreation Area, defendant JESUS NAVARRO-MONTES with malice aforethought did unlawfully kill Border Patrol Agent L. Aguilar by striking Agent L. Aguilar with a Hummer vehicle; in violation of Title 18, United States Code, Sections 7(3) and 1111.

DATED: May 6, 2009.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
DAVID D. LESHNER
Assistant U.S. Attorney