*Unsealed on 5-14-09.*

AO 442

**SECRET**

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

**UNITED STATES OF AMERICA**

**V.**

Jesus Navarro-Montes

## WARRANT FOR ARREST

**CASE NUMBER:**   09cr577-MMA

To:   The United States Marshal
and any Authorized United States Officer

**NOT FOR PUBLIC VIEW**

YOU ARE HEREBY COMMANDED to arrest _____ Jesus Navarro-Montes _____

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[x] Indictment   [ ] Information   [ ] Complaint   [ ] Order of Court   [ ] Violation Notice   [ ] Probation Violation Petition   [ ] Pretrial Violation

charging him or her with (brief description of offense)

21:841(a)(1) and 846 - Conspiracy to Distribute Marijuana
21:841(a)(1) - Possession of Marijuana with Intent to Distribute
18:7(3) and 1111 - Second Degree Murder

In violation of Title _____ See Above _____ United States Code, Section(s) _____

W. Samuel Hamrick, Jr. | Clerk of the Court
Name of Issuing Officer | Title of Issuing Officer

J. Rocha | May 6, 2009 San Diego, CA
Signature of Deputy | Date and Location

Bail fixed at $ _____ NO BAIL _____ by _____ The Honorable William McCurine Jr. _____

Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

